UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANTHONY NELSON CRUZADO,

    Plaintiff,

v.　　　　　　　　　　　　　　　　Case No.:　2:25-cv-388-SPC-KCD

HILLSBOROUGH COUNTY
SHERIFF'S OFFICE,

    Defendant.
_____/

## OPINION AND ORDER

Before the Court is Plaintiff Anthony Nelson Cruzado's unsigned Motion to the Plaintiff of His Complaint File Last Week (Doc. 1). The Clerk initially filed the motion in a closed case styled *Cruzado v. State of Florida*, Case No. 2:20-cv-444-SPC-KCD. Magistrate Judge Kyle Dudek found the motion unrelated to the prior case and ordered the Clerk to open a new file.

In the one-page motion, Cruzado states he had been declared incompetent in a state criminal case pending in Hillsborough County Circuit Court—*State of Florida v. Cruzado*, Case No. 24-CF-808-A. Cruzado asks the Court to appoint an attorney to represent him in that case. The state court docket shows that Cruzado is represented by the public defender's office.

Cruzado's motion is unsigned. Every pleading, written motion, and other paper filed with the Court must be signed by an attorney or *pro se* party. Fed.

R. Civ. P. 11(a).  The Court thus strikes the unsigned motion and will direct the clerk to close this case.  But because of Cruzado's apparent confusion about how to proceed, the Court will briefly address the contents of the motion.

If Cruzado has concerns about his representation in the pending state criminal case, this is not the proper venue to address them.  Federal courts are not intended as a "pre-trial motion forum for state prisoners." *Braden v. 30th Judicial Circuit Court of Ky.*, 410 U.S. 484, 493 (1973).  Further, principles of equity, comity, and federalism require the Court to abstain from interfering in state criminal proceedings.  *See Younger v. Harris*, 401 U.S. 37, 45 (1971).  If Cruzado has issues with his state-appointed counsel, he should address them with the state court.  If Cruzado wants to file a federal civil action, he should file a signed complaint in the district court serving the county where his claims arose.

Accordingly, the Clerk is **DIRECTED** to **strike** Cruzado's unsigned motion (Doc. 1) and close this case.

**DONE** and **ORDERED** in Fort Myers, Florida on May 14, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record